**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

OCT 29 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BOOKER THEODORE WADE, Jr., Debtor. | No. 14-17124<br><br>D.C. No. 5:14-cv-03453-LHK<br>Northern District of California, San Jose |
| BOOKER THEODORE WADE, Jr., Petitioner - Appellant, v. ARLENE STEVENS, Respondent - Appellee, and FRED HJELMESET; et al., Trustees. | ORDER |

Before: BERZON and BYBEE, Circuit Judges.

Appellant's emergency motion for a stay pending appeal is denied.

The briefing schedule established previously remains in effect.

SL/MOATT