**Form 13. Initial Streamlined Request for Extension of Time to File Brief**

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**NOTE:** This form is for use solely by parties who are <u>not registered</u> for Appellate ECF. If you are registered for Appellate ECF, do not use this form. Instead, log onto Appellate ECF to make your request using the event "File a Streamlined Request to Extend Time to File Brief."

**NOTE:** You may use this form only if you have not yet received any extension of time to file the brief. If you have already received an extension of time, any request for more time must be made in writing pursuant to Ninth Circuit Rule 31-2.2 (b).

9th Circuit Case Number(s): 14-17124

9th Circuit Case Name(s): Booker Theodore Wade Jr. vs Arlene D. Stevens

Name of party/parties requesting extension: Booker Theodore Wade Jr.

For what type of brief are you requesting an extension?

- [x] Opening brief
- [ ] Opening brief on cross-appeal
- [ ] Answering brief
- [ ] Answering/opening brief on cross-appeal
- [ ] Reply brief
- [ ] Reply/answering brief on cross-appeal
- [ ] Cross-appeal reply brief

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
JAN 22 2015
FILED _____
DOCKETED _____
DATE    INITIAL

What is your current due date? January 30, 2015

You may request a new due date **up to 30 days** from your current due date.

What is your new requested due date? March 2, 2015

Print Name: Booker Theodore Wade Jr.

Signature: [signature]

Date: January 15, 2015

*Mail this form on or before your brief's current due date to the Court at:*
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

*The Clerk will inform you of the new briefing schedule*